# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER McQUEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:19-02743-KHV |
| | ) |
| | ) |
| NORTHROP GRUMMAN INNOVATION | ) |
| SYSTEMS, INC. | ) |
| Defendant. | ) |

## AMENDED SCHEDULING ORDER

On October 19, 2020, the parties filed a joint motion to amend the scheduling order (ECF No. 32). The court finds good cause for the requested extensions and amends the scheduling order as follows:

a. All discovery must be commenced or served in time to be completed by **November 30, 2020**.

b. All other potentially dispositive motions (e.g., motions for summary judgment), must be filed by **January 11, 2021**.

c. Pursuant to Fed. R. Civ. P. 16(e), a pretrial conference is scheduled for **December 21, 2020 at 11:00 AM**, in the U.S. Courthouse, Courtroom 223, Kansas City, Kansas; this pretrial conference may be conducted by telephone if the judge determines the proposed pretrial order is in the appropriate format and there are no other problems requiring counsel to appear in person. Unless otherwise notified, the undersigned U.S. Magistrate Judge will conduct the conference. No later than **December 7, 2020**, defense

counsel must submit the parties' proposed pretrial order (formatted in Word or WordPerfect) as an attachment to an e-mail sent to ksd_ohara_chambers@ksd.uscourts.gov.  The proposed pretrial order must not be filed with the Clerk's Office.

        d.     This case is re-set for trial on the court's docket beginning on **August 16, 2021 at 9:00 AM**.  Unless otherwise ordered, this is not a "special" or "No. 1" trial setting.  Therefore, during the month preceding the trial docket setting, counsel should stay in contact with the trial judge's courtroom deputy to determine the day of the docket on which trial of the case actually will begin.  The trial setting may be changed only by order of the judge presiding over the trial.  The parties and counsel are advised that any future request for extension of deadlines that includes a request to extend the dispositive motion deadline will likely result in a new (i.e., later) trial date.

All other provisions of the original scheduling order shall remain in effect.  The schedule adopted in this amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated October 19, 2020, at Kansas City, Kansas.

   s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge